Certificate Number: 16339-PAE-DE-032661499

Bankruptcy Case Number: 19-12217



16339-PAE-DE-032661499

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 12, 2019</u>, at <u>3:38</u> o'clock <u>PM EDT</u>, <u>Keith Gould</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 12, 2019</u>             By:  <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:  <u>Certified Financial Counselor</u>