| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Keith B Gould** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 19-12217 | Chapter | 13 |

# O R D E R

AND NOW, this **18th day of April 2019**, upon consideration of the debtor's motion, the deadline for filing all required documents is extended in this case until **May 6, 2019**.

_____

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**