**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Keith B Gould** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number | 19-12217 |

■ Check if this is an
amended filing

# Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

---

1.1

**49 KNICKERBOCKER LN**

Street address, if available, or other description

**Malvern      PA    19355-0000**

City      State      ZIP Code

**Chester**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$600,000.00** | **$600,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................................................=>**

| |
|---|
| **$600,000.00** |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Keith B Gould** | Case number *(if known)* | **19-12217** |

---

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

| 3.1 | Make: | **MERCEDES BENZ** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | **CLK 500** | ☑ Debtor 1 only | |
| | Year: | **2006** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ☐ **Check if this is community property** (see instructions) | **$6,406.00** | **$6,406.00** |

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

---

| 5 | Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=> | **$6,406.00** |
|---|---|---|

---

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe.....

| WASHER, DRYER, TV CEL LAPTOP, WEIGHTS, USED CLOTHING, CHAIRS, TABLES, LAMPS, BEDS. | **$6,000.00** |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☑ No

☐ Yes.  Describe.....

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No

☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No

☐ Yes.  Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

☑ Yes.  Describe.....

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1    **Keith B Gould**                                          Case number *(if known)*   **19-12217**

| | |
|---|---|
| **.38 AND .25** | $200.00 |

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ■ No
   ☐ Yes. Describe.....

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| **WEDDING BAND** | $300.00 |

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

$6,500.00

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.....................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................          Institution name:

| | | |
|---|---|---|
| 17.1. | **TD BANKJ ACCT X0706** | $300.00 |
| 17.2. | **TD BANK AC X6321** | $6,000.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes. Give specific information about them...................
   Name of entity:                          % of ownership:

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1    **Keith B Gould**                                    Case number *(if known)*    **19-12217**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ■ No
    ☐ Yes. List each account separately.
            Type of account:                Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No
    ☐ Yes. ....................                Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No
    ☐ Yes............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No
    ☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
                benefits; unpaid loans you made to someone else

    ■ No
    ☐ Yes. Give specific information..

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Keith B Gould** | Case number *(if known)* | **19-12217** |

---

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................

    $6,300.00

---

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................

    $0.00

---

| Debtor 1 | **Keith B Gould** | Case number *(if known)* | **19-12217** |

| **Part 8:** | List the Totals of Each Part of this Form |

| 55. | **Part 1: Total real estate, line 2** ................................................................................................ | | **$600,000.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$6,406.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$6,500.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$6,300.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$19,206.00** | Copy personal property total | **$19,206.00** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$619,206.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

# APPRAISAL OF REAL PROPERTY



**LOCATED AT**

49 Knickbocker Ln
Malvern, PA 19355
tax map 04, lot 0031.0800 / East Whiteland Township

**FOR**

n/a

**OPINION OF VALUE**

600,000

**AS OF**

04/25/2019

**BY**

Gerald Cirafisi
Signature Appraisals, Inc
PO Box 582
Plymouth Meeting, PA 19462-2438
(610) 331-0776
jerrycirafisi@comcast.net

# RESIDENTIAL APPRAISAL REPORT

File No. SAZ480-19

## SUBJECT

| | | | |
|---|---|---|---|
| Property Address: | 49 Knickerbocker Ln | City: Malvern | State: PA    Zip Code: 19355 |
| County: | Montgomery | Legal Description: | tax map 04, lot 0031.0800 / East Whiteland Township |

Assessor's Parcel #: 42-04-0031.0800

| Tax Year: 2019 | R.E. Taxes: $ 10,360 | Special Assessments: $ 0 | Borrower (if applicable): |
|---|---|---|---|

Current Owner of Record: Keith B Gould & Myung Soon Kim

Occupant: [X] Owner [ ] Tenant [ ] Vacant [ ] Manufactured Housing

Project Type: [X] PUD [ ] Condominium [ ] Cooperative [ ] Other (describe)    HOA: $ 203 [ ] per year [X] per month

Market Area Name: Malin Station    Map Reference: 33874    Census Tract: 3021.01

The purpose of this appraisal is to develop an opinion of: [X] Market Value (as defined), or [ ] other type of value (describe)

This report reflects the following value (if not Current, see comments): [X] Current (the Inspection Date is the Effective Date) [ ] Retrospective [ ] Prospective

## ASSIGNMENT

Approaches developed for this appraisal: [X] Sales Comparison Approach [ ] Cost Approach [ ] Income Approach    (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: [X] Fee Simple [ ] Leasehold [ ] Leased Fee [ ] Other (describe)

Intended Use: This appraisal is intended for private use by the client to determine market value for bankruptcy purposes.

Intended User(s) (by name or type):    Client and current owner.

Client: Keith Gould    Address: 49 Knickerbocker Lane, Malvern, PA 19355

Appraiser: Gerald Cirafisi    Address: PO Box 582, Plymouth Meeting, PA 19462-2438

## MARKET AREA DESCRIPTION

| Location: | [ ] Urban [X] Suburban [ ] Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|
| | | | PRICE $(000) | AGE (yrs) | | | |
| Built up: | [X] Over 75% [ ] 25-75% [ ] Under 25% | [X] Owner | | | One-Unit | 87 % | [X] Not Likely |
| Growth rate: | [ ] Rapid [X] Stable [ ] Slow | [ ] Tenant | 140 Low | 0 Low | 2-4 Unit | 2 % | [ ] Likely * [ ] In Process * |
| Property values: | [ ] Increasing [X] Stable [ ] Declining | | | | Multi-Unit | 1 % | * To: |
| Demand/supply: | [ ] Shortage [X] In Balance [ ] Over Supply | [X] Vacant (0-5%) | 3,000 High | 250 High | Commercial | 5 % | |
| Marketing time: | [X] Under 3 Mos. [ ] 3-6 Mos. [ ] Over 6 Mos. | [ ] Vacant (>5%) | 490 Pred | 30 Pred | Vacant | 5 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The current local market is stable with supply and demand in balance. The neighborhood is bounded by the Great Valley School District in Chester County, Pennsylvania.

## SITE DESCRIPTION

Dimensions: n/a    Site Area: 2,809 sf

Zoning Classification: R2    Description: Single Family Residential

Zoning Compliance: [X] Legal [ ] Legal nonconforming (grandfathered) [ ] Illegal [ ] No zoning

Are CC&Rs applicable? [ ] Yes [X] No [ ] Unknown    Have the documents been reviewed? [ ] Yes [ ] No    Ground Rent (if applicable) $ /

Highest & Best Use as improved: [X] Present use, or [ ] Other use (explain)

Actual Use as of Effective Date: Single Family Residential    Use as appraised in this report: Single Family Residential

Summary of Highest & Best Use: The highest and best use of the subject property is determined by an analysis of the zoning/allowable land use and the current use. The subject property is currently zoned for single family residential and is being used as such.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Sloping |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | 200 amp | Street | Asphalt paved | [X] | | Size | Typical for the market |
| Gas | [X] | | | Curb/Gutter | Concrete | [X] | | Shape | Irregular |
| Water | [X] | | | Sidewalk | Concrete | [X] | | Drainage | Adequate |
| Sanitary Sewer | [X] | | | Street Lights | Electric | [X] | | View | Residential |
| Storm Sewer | [X] | | | Alley | None | | | | |

Other site elements: [ ] Inside Lot [ ] Corner Lot [ ] Cul de Sac [ ] Underground Utilities [ ] Other (describe)

FEMA Spec'l Flood Hazard Area [ ] Yes [X] No    FEMA Flood Zone X    FEMA Map # 42029C0160G    FEMA Map Date 9/29/2017

Site Comments: The subject site is typical for the neighborhood. Size, geography and exterior influence are typical

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | Exterior Description | Foundation | Basement | | Heating | |
|---|---|---|---|---|---|---|
| # of Units 1 [ ] Acc.Unit | Foundation Poured Concrete/Avg | [ ] Slab None | Area Sq. Ft. 1,754 | [ ] None | Type FWA | |
| # of Stories 2 | Exterior Walls Vinyl;Brick / Good | [ ] Crawl Space None | % Finished 72 | | Fuel Gas | |
| Type [X] Det. [ ] Att. | Roof Surface Composite shing/Avg | [X] Basement Full | Ceiling Drywall | | | |
| Design (Style) Colonial | Gutters & Dwnspts. Aluminum / Average | [ ] Sump Pump | Walls Drywall | | Cooling | |
| [X] Existing [ ] Proposed [ ] Und.Cons. | Window Type Vinyl Dbl Hng / Good | [ ] Dampness None observed | Floor Carpet | | Central Yes | |
| Actual Age (Yrs.) 16 | Storm/Screens Screens / Good | [ ] Settlement None observed | Outside Entry Walk-out | | Other None | |
| Effective Age (Yrs.) 5 | | [ ] Infestation None observed | To grade | | | |

| Interior Description | Appliances | Attic [ ] None | Amenities | | Car Storage | [ ] None |
|---|---|---|---|---|---|---|
| Floors WW;HW / Good | [X] Refrigerator | [X] Stairs | Fireplace(s) # | Woodstove(s) # | Garage # of cars ( 2 Tot.) | |
| Walls Drywall / Good | [X] Range/Oven | [X] Drop Stair | [ ] Patio None | | Attach. 0 | |
| Trim/Finish Painted wood / Good | [X] Disposal | [X] Scuttle | [ ] Deck None | | Detach. 0 | |
| Bath Floor Ceramic tile / Good | [X] Dishwasher | [ ] Doorway | [ ] Porch None | | Blt.-In 2 | |
| Bath Wainscot Ceramic tile / Good | [X] Fan/Hood | [ ] Floor | [ ] Fence None | | Carport 0 | |
| Doors Masonite / Good | [X] Microwave | [ ] Heated | [ ] Pool None | | Driveway 0 | |
| | [ ] Washer/Dryer | [ ] Finished | | | Surface Asphalt paved | |

Finished area above grade contains: 9 Rooms 4 Bedrooms 3.1 Bath(s) 3,532 Square Feet of Gross Living Area Above Grade

Additional features: Insulated windows, gas cooking, gas fireplace in the two story family room, main bedroom suite with 5 piece bathroom and walk in closet, two "junior suites" with bathroom and walk in closet and partially finished basement with recreation room and bathroom.

Describe the condition of the property (including physical, functional and external obsolescence): The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

# RESIDENTIAL APPRAISAL REPORT

| | | File No. | Page # 3 |
| | | File No. | SA2480-19 |

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Tax records / MLS

## TRANSFER HISTORY

**1st Prior Subject Sale/Transfer**

| | |
|---|---|
| Date: | 03/31/2003 |
| Price: | 398,000 |
| Source(s): | Tax records / MLS |

**2nd Prior Subject Sale/Transfer**

| | |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |

Analysis of sale/transfer history and/or any current agreement of sale/listing: See above for prior transfer information. No prior transfer of the subject property for the three year period prior to the effective date of this appraisal. No prior transfers of the comparable sales for the year prior to the date of sale of the comparable sales.

## SALES COMPARISON APPROACH TO VALUE (if developed)

[ ] The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 49 Knickerbocker Ln Malvern, PA 19355 | 27 Duffryn Ave Malvern, PA 19355 | | 13 Rogers Way Malvern, PA 19355 | | 11 Clayton Ct Exton, PA 19341 | |
| Proximity to Subject | | 2.18 miles SE | | 1.56 miles SW | | 3.06 miles W | |
| Sale Price | $ | | 649,000 | | 680,000 | | 577,000 |
| Sale Price/GLA | $ /sq.ft. | 168.22 /sq.ft. | | 206.06 /sq.ft. | | 183.06 /sq.ft. | |
| Data Source(s) | Inspection | Bright MLS #PACT285218;DOM 16 | | Bright MLS #1000296456;DOM 100 | | Bright MLS #1001318222;DOM 54 | |
| Verification Source(s) | Tax records | Tax records | | Doc#9811-2327 | | Doc#9776-730 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | Conventional / 16 DOM | 0 | Conventional / 100 DOM | 0 | Conventional / 54 DOM | 0 |
| Concessions | | None | 0 | Conv;4,000 | -2,000 | None | 0 |
| Date of Sale/Time | | s03/19;c01/19 | | s09/18;c06/18 | | s07/18;c05/18 | 0 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Light traffic | Light traffic | | Light traffic | | Light traffic | |
| Site | 2,809 sf | 16,144 sf | -13,300 | 25,500 sf | -22,700 | 11,020 sf | -8,200 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Colonial | Colonial | | Colonial | | Colonial | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Age | 16 | 8 | 0 | 22 | | 15 | 0 |
| Condition | Good | Good | | Good | | Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 9 4 3.1 | 9 4 2.1 | +8,000 | 9 4 2.1 | +8,000 | 8 4 2.1 | +8,000 |
| Gross Living Area | 3,532 sq.ft. | 3,858 sq.ft. | -16,300 | 3,300 sq.ft. | +11,600 | 3,152 sq.ft. | +19,000 |
| Basement & Finished | Full basement | Full basement | | Full basement | | Full basement | |
| Rooms Below Grade | Recreation room;Bath | Recreation room;PR | 0 | Recreation room;Bath | | Recreation room;Bath | |
| Functional Utility | Adequate | Adequate | | Adequate | | Adequate | |
| Heating/Cooling | FWA / C-Air | FWA / C-Air | | FWA / C-Air | | FWA / C-Air | |
| Energy Efficient Items | Insulated windows | Insulated windows | | Insulated windows | | Insulated windows | |
| Garage/Carport | 2 Car garage | 2 Car garage | | 2 Car garage | | 2 Car garage | |
| Porch/Patio/Deck | None | Patio | -5,000 | Deck | -5,000 | Deck | -5,000 |
| Kitchen / Baths | Standard | Upgraded | -25,000 | Upgraded | -25,000 | Standard | |
| Fireplace | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | 1 Fireplace | |
| Swimming pool | No pool | No pool | | In Ground pool | -20,000 | No pool | |
| Net Adjustment (Total) | | [ ] + [X] - $ | -51,600 | [ ] + [X] - $ | -55,100 | [X] + [ ] - $ | 13,800 |
| Adjusted Sale Price of Comparables | | $ | 597,400 | $ | 624,900 | $ | 590,800 |

Summary of Sales Comparison Approach: See attached addenda.

Indicated Value by Sales Comparison Approach $ 600,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.



# RESIDENTIAL APPRAISAL REPORT

File No.    SA2480-19

## COST APPROACH

**COST APPROACH TO VALUE (if developed)** ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

| ESTIMATED | ☐ REPRODUCTION OR | ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | |
|---|---|---|---|---|---|---|
| Source of cost data: | | | DWELLING | Sq.Ft. @ $ | =$ | |
| Quality rating from cost service: | | Effective date of cost data: | | Sq.Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | | | Sq.Ft. @ $ | =$ | |
| | | | | Sq.Ft. @ $ | =$ | |
| | | | | Sq.Ft. @ $ | =$ | |
| | | | | | =$ | |
| | | | Garage/Carport | Sq.Ft. @ $ | =$ | |
| | | | Total Estimate of Cost-New | | =$ | |
| | | | Less | Physical | Functional | External |
| | | | Depreciation | | =$( | ) |
| | | | Depreciated Cost of Improvements | | =$ | |
| | | | "As-is" Value of Site Improvements | | =$ | |
| | | | | | =$ | |
| | | | | | =$ | |
| Estimated Remaining Economic Life (if required): | | Years | INDICATED VALUE BY COST APPROACH | | =$ | 0 |

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)** ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ **Indicated Value by Income Approach** _____

Summary of Income Approach (including support for market rent and GRM):

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)** ☒ The Subject is part of a Planned Unit Development.

Legal Name of Project: Malin Station

Describe common elements and recreational facilities: Common area only

## RECONCILIATION

| Indicated Value by: Sales Comparison Approach $ | 600,000 | Cost Approach (if developed) $ | 0 | Income Approach (if developed) $ | 0 |
|---|---|---|---|---|---|

Final Reconciliation    THE DIRECT SALES COMPARISON APPROACH IS CONSIDERED TO BE THE BEST INDICATOR OF PRESENT MARKET VALUE. THE COST APPROACH IS NOT COMPLETED SINCE THE SUBJECT PROPERTY IS CONDOMINIUM OWNERSHIP. THE SUBJECT PROPERTY IS PRIMARILY OWNER OCCUPIED AND THE INCOME APPROACH IS NOT COMPLETED.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 600,000 , as of: 04/25/2019 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains 17 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work    ☒ Limiting Cond./Certifications    ☒ Narrative Addendum    ☒ Photograph Addenda    ☒ Sketch Addendum
☒ Map Addenda    ☒ Additional Sales    ☐ Cost Addendum    ☐ Flood Addendum    ☐ Manuf. House Addendum
☒ Hypothetical Conditions    ☒ Extraordinary Assumptions    ☐

Client Contact: 610-203-2300    Client Name: Keith Gould

E-Mail: gould.keith@yahoo.com    Address: 49 Knickerbocker Lane, Malvern, PA 19355

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Gerald Cirafisi | Supervisory or Co-Appraiser Name: |
| Company: Signature Appraisals, Inc | Company: |
| Phone: (610) 331-0776    Fax: (888) 610-9918 | Phone:    Fax: |
| E-Mail: jerrycirafisi@comcast.net | E-Mail: |
| Date of Report (Signature): 04/29/2019 | Date of Report (Signature): |
| License or Certification #: RL001958L    State: PA | License or Certification #:    State: |
| Designation: | Designation: |
| Expiration Date of License or Certification: 06/30/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 04/25/2019 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

| File No. | Page # 5 |
|---|---|

**ADDITIONAL COMPARABLE SALES**

File No. SA2480-19

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 49 Knickerbocker Ln<br>Malvern, PA 19355 | 21 Cameron Ct<br>Exton, PA 19341 | | 34 Broad Leaf Trl<br>Malvern, PA 19355 | | | |
| Proximity to Subject | | 2.61 miles W | | 1.16 miles S | | | |
| Sale Price | $ | $ | 630,000 | $ | 542,000 | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 180.00 /sq.ft. | | $ 179.23 /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | Bright MLS #1001997092;DOM 11 | | Bright MLS #1000489976;DOM 11 | | | |
| Verification Source(s) | Tax records | Doc#9803-347 | | Doc#9789-367 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | Conventional / 11 DOM | 0 | Conventional / 11 DOM | 0 | | |
| Concessions | | None | 0 | None | 0 | | |
| Date of Sale/Time | | s08/18;c07/18 | 0 | s07/18;c05/18 | 0 | | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | | |
| Location | Light traffic | Light traffic | | On cul de sac | -8,000 | | |
| Site | 2,809 sf | 15,573 sf | -12,800 | 6,534 sf | -3,700 | | |
| View | Residential | Wooded | -8,000 | Wooded | -8,000 | | |
| Design (Style) | Colonial | Colonial | | Colonial | | | |
| Quality of Construction | Q3 | Q3 | | Q3 | | | |
| Age | 16 | 15 | 0 | 18 | 0 | | |
| Condition | Good | Good | | Good | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 9 4 3.1 | 8 4 2.1 | +8,000 | 7 3 2.1 | +8,000 | | |
| Gross Living Area | 3,532 sq.ft. | 3,500 sq.ft. | 0 | 3,024 sq.ft. | +25,400 | sq.ft. | |
| Basement & Finished | Full basement | Full basement | | Full basement | | | |
| Rooms Below Grade | Recreation room;Bath | Unfinished | +25,000 | Recreation room | +3,000 | | |
| Functional Utility | Adequate | Adequate | | Adequate | | | |
| Heating/Cooling | FWA / C-Air | FWA / C-Air | | FWA / C-Air | | | |
| Energy Efficient Items | Insulated windows | Insulated windows | | Insulated windows | | | |
| Garage/Carport | 2 Car garage | 2 Car garage | | 2 Car garage | | | |
| Porch/Patio/Deck | None | Patio | -5,000 | 2 Decks | -8,000 | | |
| Kitchen / Baths | Standard | Standard | | Standard | | | |
| Fireplace | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | | |
| Swimming pool | No pool | No pool | | No pool | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 7,200 | ☒ + ☐ - | $ 8,700 | ☐ + ☐ - | $ |
| Adjusted Sale Price<br>of Comparables | | | $ 637,200 | | $ 550,700 | | $ |
| Summary of Sales Comparison Approach | | | | | | | |

SALES COMPARISON APPROACH

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.



Form GPRES2.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

**Supplemental Addendum**

File No. SA2480-19

| Borrower | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 49 Knickerbocker Ln | | | | | | | |
| City | Malvern | County | Montgomery | | State | PA | Zip Code | 19355 |
| Lender/Client | n/a | | | | | | | |

**• GP Residential: Sales Comparison Approach - Summary of Sales Comparison Approach**
All five comparables compare favorably to the subject property and are weighted individually in determining the final market value in this approach. The data selected are from properties that are most similar to the subject in terms of location, site, view, design, quality of construction, age, condition, GLA and bedroom count.

Every effort has been made to strictly adhere to the appraisal standards and guidelines. However, due to the nature of the current market, suitable comparables within the data pool that meet these guidelines are not always available. Therefore it was necessary to utilize sales from within the subject market area which sold more than 90 days ago in a similar economic market, and which are located more than one mile from the subject within the subject market area and school district.

The current local market is stable with supply and demand in balance, and date of sale/time adjustments are not warranted for settled sales.

The amount of the negative dollar adjustment for each comparable with sales or financing concessions should be equal to any increase in the purchase price of the comparable that the appraiser determines to be attributable to the concessions. The need to make negative dollar adjustments for sales or financing concessions and the amount of the adjustments to the comparable sales is not based on how typical the concessions might be for a segment of the market area. Large sales or financing concessions can be relatively typical in a particular segment of the market and still result in sale prices that reflect more than the value of the real estate. Adjustments based on dollar-for-dollar deductions that are equal to the cost of the concessions to the seller, as a strict cash equivalency approach would dictate, are not appropriate.

Site adjustments are made based on $1.00 per square foot where warranted.

Comparables 4 and 5 are adjusted downward for superior wooded views.

Gross living area adjustments are made based on $75 per square foot and rounded.

Gross living area adjustments are made based on $50 per square foot where warranted.

 All other value influencing differences are appropriately adjusted for based on the market reaction to that item.

The comparables used are considered to be the best available to represent the subject property's current market value.

All adjustments are made based on the local buyer groupes reaction to that item.

| | | File No. | Page # 7 |

**Assumptions Limiting Conditions & Scope of Work**

| Property Address: | 49 Knickerbocker Ln | | City: | Malvern | State: | PA | Zip Code: | 19355 |
| Client: | Keith Gould | | Address: | 49 Knickerbocker Lane, Malvern, PA 19355 | | | | |
| Appraiser: | Gerald Cirafisi | | Address: | PO Box 582, Plymouth Meeting, PA 19462-2438 | | | | |

File No.: SA2480-19

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

– The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

– The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

– If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

– The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

– If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

– The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

– The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

– The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

– If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

– An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements

applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

– The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

– An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence

of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.


The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

| File No. | Page # 8 |
|---|---|

**Certifications**

| Property Address: | 49 Knickerbocker Ln | | | | Firm No.: | SAZ480-19 | State: | PA | Zip Code: | 19355 |
|---|---|---|---|---|---|---|---|---|---|---|
| Client: | Keith Gould | | Address: | 49 Knickerbocker Lane, Malvern, PA 19355 | | | | | | |
| Appraiser: | Gerald Cirafisi | | Address: | PO Box 582, Plymouth Meeting, PA 19462-2438 | | | | | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:

– The statements of fact contained in this report are true and correct.

– The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by
the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

– I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

– Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three–year period immediately preceding acceptance of this assignment.

– I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

– My engagement in this assignment was not contingent upon developing or reporting predetermined results.

– My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction
in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

– My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

– I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

– Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

– Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;

2. Both parties are well informed or well advised and acting in what they consider their own best interests;

3. A reasonable time is allowed for exposure in the open market;

4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: | 610-203-2300 | | Client Name: | Keith Gould | |
|---|---|---|---|---|---|
| E-Mail: | gould.keith@yahoo.com | | Address: | 49 Knickerbocker Lane, Malvern, PA 19355 | |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Gerald Cirafisi | Supervisory or Co-Appraiser Name: |
| Company: Signature Appraisals, Inc | Company: |
| Phone: (610) 331-0776    Fax: (888) 610-9918 | Phone:    Fax: |
| E-Mail: jerrycirafisi@comcast.net | E-Mail: |
| Date Report Signed: 04/29/2019 | Date Report Signed: |
| License or Certification #: RL001958L    State: PA | License or Certification #:    State: |
| Designation: | Designation: |
| Expiration Date of License or Certification: 06/30/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 04/25/2019 | Date of Inspection: |

SIGNATURES

**GP** RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

| Borrower | | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 49 Knickerbocker Ln | | | | | |
| City | Malvern | County | Montgomery | State | PA | Zip Code 19355 |
| Lender/Client | n/a | | | | | |



TOTAL Sketch by a la mode, inc.

### Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| 1st Floor | 1753.5 Sq ft | 19 × 21 = 399 | |
| | | 31.5 × 42 = 1323 | |
| | | 2 × 12 = 24 | |
| | | 1 × 7.5 = 7.5 | |
| 2nd Floor | 1778.5 Sq ft | 22 × 21 = 462 | |
| | | 29.5 × 19 = 560.5 | |
| | | 31.5 × 23 = 724.5 | |
| | | 2 × 12 = 24 | |
| | | 1 × 7.5 = 7.5 | |
| **Total Living Area (Rounded):** | **3532 Sq ft** | | |
| **Non-living Area** | | | |
| 2 Car Attached | 441 Sq ft | 21 × 21 = 441 | |

| Borrower | | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 49 Knickerbocker Ln | | | | | | |
| City | Malvern | County | Montgomery | State | PA | Zip Code | 19355 |
| Lender/Client | n/a | | | | | | |



File No.    Page # 11

**Subject Photo Page**

| Borrower | |
| --- | --- |
| Property Address | 49 Knickerbocker Ln |
| City | Malvern | County | Montgomery | State | PA | Zip Code | 19355 |
| Lender/Client | n/a |



**Subject Front**

49 Knickerbocker Ln
Sales Price
Gross Living Area     3,532
Total Rooms           9
Total Bedrooms        4
Total Bathrooms       3.1
Location              Light traffic
View                  Residential
Site                  2,809 sf
Quality               Q3
Age                   16



**Subject Rear**



**Subject Street**

| Borrower | |
| --- | --- |
| Property Address | 49 Knickerbocker Ln |
| City | Malvern | County | Montgomery | State | PA | Zip Code | 19355 |
| Lender/Client | n/a |



FRONT



LIVING ROOM



FAMILY ROOM



KITCHEN



POWDER ROOM



HVAC

**Photograph Addendum**

| Borrower | |
|---|---|
| Property Address | 49 Knickerbocker Ln |
| City | Malvern |
| County | Montgomery |
| State | PA |
| Zip Code | 19355 |
| Lender/Client | n/a |



**FINISHED BASEMENT**



**FINISHED BASEMENT**



**BASEMENT BATHROOM**



**BEDROOM 1**

**Photograph Addendum**

| Borrower | |
|---|---|
| Property Address | 49 Knickerbocker Ln |
| City | Malvern |
| County | Montgomery |
| State | PA |
| Zip Code | 19355 |
| Lender/Client | n/a |



**BATHROOM 1**



**BEDROOM 2**



**BATHROOM 2**



**VIEW TO HIGHWAY**

Comparable Photo Page

File No.    Page # 15

| | |
|---|---|
| Borrower | |
| Property Address | 49 Knickerbocker Ln |
| City | Malvern | County | Montgomery | State | PA | Zip Code | 19355 |
| Lender/Client | n/a |



### Comparable 1

27 Duffryn Ave
Prox. to Subject    2.18 miles SE
Sale Price    649,000
Gross Living Area    3,858
Total Rooms    9
Total Bedrooms    4
Total Bathrooms    2.1
Location    Light traffic
View    Residential
Site    16,144 sf
Quality    Q3
Age    8



### Comparable 2

13 Rogers Way
Prox. to Subject    1.56 miles SW
Sale Price    680,000
Gross Living Area    3,300
Total Rooms    9
Total Bedrooms    4
Total Bathrooms    2.1
Location    Light traffic
View    Residential
Site    25,500 sf
Quality    Q3
Age    22



### Comparable 3

11 Clayton Ct
Prox. to Subject    3.06 miles W
Sale Price    577,000
Gross Living Area    3,152
Total Rooms    8
Total Bedrooms    4
Total Bathrooms    2.1
Location    Light traffic
View    Residential
Site    11,020 sf
Quality    Q3
Age    15

File No.    Page # 16

| Borrower | |
|---|---|
| Property Address | 49 Knickerbocker Ln |
| City | Malvern | County | Montgomery | State | PA | Zip Code | 19355 |
| Lender/Client | n/a |



### Comparable  4

21 Cameron Ct
| | |
|---|---|
| Prox. to Subject | 2.61 miles W |
| Sale Price | 630,000 |
| Gross Living Area | 3,500 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | Light traffic |
| View | Wooded |
| Site | 15,573 sf |
| Quality | Q3 |
| Age | 15 |



### Comparable 5

34 Broad Leaf Trl
| | |
|---|---|
| Prox. to Subject | 1.16 miles S |
| Sale Price | 542,000 |
| Gross Living Area | 3,024 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | On cul de sac |
| View | Wooded |
| Site | 6,534 sf |
| Quality | Q3 |
| Age | 18 |

### Comparable  6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

# INVOICE

**FROM:**

Signature Appraisals, Inc
PO Box 582
Plymouth Meeting, PA 19462

Telephone Number:   610-331-0776       Fax Number:   888-610-9918

**TO:**

610-203-2300
Keith Gould
49 Knickerbocker Lane
Malvern, PA 19355

E-Mail:   gould.keith@yahoo.com
Telephone Number:   610-203-2300       Fax Number:
Alternate Number:

| INVOICE NUMBER | |
|---|---|
| SA2480-19 | |
| **DATES** | |
| Invoice Date: | 04/29/2019 |
| Due Date: | |
| **REFERENCE** | |
| Internal Order #: | SA2480-19 |
| Lender Case #: | |
| Client File #: | |
| FHA/VA Case #: | |
| Main File # on form: | SA2480-19 |
| Other File # on form: | |
| Federal Tax ID: | 27-1539586 |
| Employer ID: | |

## DESCRIPTION

| | | | |
|---|---|---|---|
| Lender: | n/a | Client: | Keith Gould |
| Purchaser/Borrower: | | | |
| Property Address: | 49 Knickerbocker Ln | | |
| City: | Malvern | | |
| County: | Montgomery | State:   PA | Zip:   19355 |
| Legal Description: | tax map 04, lot 0031.0800 / East Whiteland Township | | |

| FEES | AMOUNT |
|---|---|
| GP Form | 300.00 |
| | |
| **SUBTOTAL** | 300.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:   1812   Date:   04/26/2019   Description:   Paid with check | 300.00 |
| Check #:   Date:   Description: | |
| Check #:   Date:   Description: | |
| **SUBTOTAL** | 300 |
| **TOTAL DUE**   $ | 0.00 |