# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-12217-ELF

KEITH B GOULD

49 KNICKERBOCKER LN

MALVERN, PA 19355-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KEITH B GOULD

    49 KNICKERBOCKER LN

    MALVERN, PA 19355-

Counsel for debtor(s), by electronic notice only.

    RICHARD N. LIPOW
    629 SWEDESFORD RD

    MALVERN, PA 19355-

Date: 5/28/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee