| **Fill in this information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Keith B Gould** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | **19-12217** | | Chapter **13** |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

KEITH GOULD has filed a motion to DETERMINE SECURED STATUS OF THE CLAIM OF MALIN STATION CONDOMINIUM the above captioned case. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

     1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before JULY 17, 2019 you or your attorney must do all of the following: (a) file an answer explaining your position at Clerk's Office, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

     If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and (b) mail a copy to the movant's attorney:

     Richard N. Lipow, Esquire
     629 Swedesford Road
     Swedesford Corporate Center
     Malvern PA 19355
     610-251-2500

     2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the HONORABLE ERIC L FRANK, CHIEF JUDGE on AUGUST 13, 2019 AT 1 PM in Courtroom 1 at 900 Market Street, Philadelphia, PA 19107 the United States Bankruptcy Court for the Eastern District of Pennsylvania.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DATED: 7/2/19

/s/ Richard N Lipow
RICHARD N LIPOW
ATTORNEY FOR THE DEBTOR
629 SWEDESFORD ROAD
MALVERN PA 19355
RICHARD@LIPOWLAW.COM
610-251-2500
610-889-9564