# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| KEITH B. GOULD | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 19-12217ELF |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor   EAST WHITELAND TOWNSHIP;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 3,453.62 has been filed in your name by Richard N. Lipow on 6/27/19.

Dated: July 9, 2019

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Christina Jackson
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev (07/13)