# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-12217-ELF

KEITH B GOULD

49 KNICKERBOCKER LN

MALVERN, PA 19355-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KEITH B GOULD

    49 KNICKERBOCKER LN

    MALVERN, PA 19355-

**Counsel for debtor(s), by electronic notice only.**
    RICHARD N. LIPOW
    629 SWEDESFORD RD

    MALVERN, PA 19355-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

/s/ William C. Miller

Date: 7/10/2019

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee