UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Keith B Gould

CASE NO: 19-12217

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 7/3/2019, I did cause a copy of the following documents, described below,

NOTICE OF MOTION

MOTION TO DETERMINE VALUE OF PROPERTY AND SECURED STATUS OF LIEN OF MALIN STATION

PROPOSED ORDER

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/3/2019

/s/ Richard N Lipow
Richard N Lipow  32399
Lipow Law Office
629 Swedesford Road, Swedesford Corporate Center
Malvern, PA  19355-0000
610 251 2500

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Keith B Gould | CASE NO: 19-12217 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 7/3/2019, a copy of the following documents, described below,

NOTICE OF MOTION

MOTION TO DETERMINE VALUE OF PROPERTY AND SECURED STATUS OF LIEN OF MALIN STATION

PROPOSED ORDER

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/3/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard N Lipow
Lipow Law Office
629 Swedesford Road, Swedesford Corporate Center
Malvern, PA  19355-0000

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

AMERICAN EXPRESS
PO BOX 1270
NEWARK NJ 07101-1270

ARCADIA RECOVERY BUREAU
645 PENN STREET 4TH FLOOR
READING PA 19601

BANK OF AMERICA
ATTN BANKRUPTCY
PO BOX 982238
EL PASO TX 79998

BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON DE 19899

BURTON NEIL  ASSOCIATES PC
1060 ANDREW DRIVE SUITE 170
WEST CHESTER PA 19380

HEATHER BURNS POZNIAK ESQ
LENTZ CANTOR MASSEY
460 EAST KING RD
MALVERN PA 19355

AMERICAN EXPRESS
PO BOX 360001
FORT LAUDERDALE FL 33336-0001