United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Keith B Gould  
    Debtor

Case No. 19-12217-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Christina | Page 1 of 1 | Date Rcvd: Jul 09, 2019 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 3 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
```
db            +Keith B Gould,   49 Knickerbocker Ln,    Malvern, PA 19355-1680
14303266      +EAST WHITELAND TOWNSHIP,    209 CONESTOGA RD,    Malvern, PA 19355-1625
14312592      +Kim Gould,   49 KNICKERBOCKER LN,    Malvern, PA 19355-1680
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
```
          REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           et al. bkgroup@kmllawgroup.com
          RICHARD N. LIPOW    on behalf of Debtor Keith B Gould richard@lipowlaw.com,
           ecflipow@gmail.com;r44824@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                            TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| In re | : | Chapter 13 |
|---|---|---|
| KEITH B. GOULD | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 19-12217ELF |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor   EAST WHITELAND TOWNSHIP;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 3,453.62 has been filed in your name by Richard N. Lipow on 6/27/19.


Dated: <u>July 9, 2019</u>

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: <u>Christina Jackson</u>
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)