### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| KEITH B. GOULD, | : CASE NO. 19-12217- elf |
| Debtor | : |
| | : CHAPTER 13 |

### CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2019, a true and correct copy of the foregoing, *Notice of Appearance, Request for Notice, and Request to be Added to Mailing Matrix,* was served upon the person and entities receiving CM/ECF notice in the above-captioned case.

**LENTZ, CANTOR & MASSEY, LTD.**

BY:  /s/ *Heather Burns Pozniak, Esquire*
Heather Burns Pozniak, Esquire
PA Attorney I.D. No. 80814
460 E. King Road
Malvern, PA 19355
Ph:  (610) 722 - 5800
Fax:  (610) 647 - 5476

Date:  July 17, 2019    Email:  hbpozniak@lentzlaw.com

Attorney for Creditor,
Malin Station Condominium Association, Inc.