UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| Bankruptcy no. | 19-12217-elf | Date: | July 19, 2019 |
| Debtor: | Keith B. Gould | to: | Heather Burns Pozniak, Esq. |
| | | | 460 E. King Road |
| | | | Malvern, PA 19355-3049 |

## NOTICE OF INACCURATE FILING

*RE:*   Docket Entry # 35:

Notice of Appearance and Request for Notice filed by HEATHER BURNS POZNIAK (counsel) on behalf of Malin Station Condominium Association, Inc.

The above pleading was electronically filed with this office on **7/17/2019**.

Please be advised that the document filed contains a deficiency as set forth below:

( )   Debtor's name does not match case number

( )   Debtor's name and/or case number is missing

(**X**)   **Incorrect and/or incomplete PDF document attached**.

( )   PDF document blank or not legible

( )   Notice of Motion/Objection

( )   Electronic Signature(s) missing

( )   *Other*  -

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk of Court

By: John B.
Deputy Clerk

CM-ECF 14 day notice.frm