## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
  KEITH B. GOULD                              :        CHAPTER 7

  DEBTOR                                      :        BANKRUPTCY NO. 19-12217

### NOTICE OF REJECTION OF APPOINTMENT

Due to a conflict of interest, I must reject my appointment as Trustee in the above matter.

/s/Michael H. Kaliner
Michael H. Kaliner, Trustee
Adelstein & Kaliner, LLC
350 S. Main Street – Suite 105
Doylestown, PA 18901
(215) 230-4250