United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Keith B Gould  
     Debtor

Case No. 19-12217-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Nov 22, 2019  
                     Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.  
db         +Keith B Gould,   49 Knickerbocker Ln,   Malvern, PA 19355-1680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:

        HEATHER BURNS POZNIAK   on behalf of Creditor   Malin Station Condominium Association, Inc. hbpozniak@lentzlaw.com  
        MICHAEL H KALINER   on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, et al. bkgroup@kmllawgroup.com  
        RICHARD N. LIPOW   on behalf of Debtor Keith B Gould richard@lipowlaw.com, ecflipow@gmail.com;r44824@notify.bestcase.com  
        ROBERT H. HOLBER   trustee@holber.com, rholber@ecf.axosfs.com  
        ROBERT H. HOLBER   on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.axosfs.com  
        ROBERT J. LOHR, II   on behalf of Creditor   Malin Station Condominium Association, Inc. bob@lohrandassociates.com, leslie@lohrandassociates.com;r59687@notify.bestcase.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                              TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                         : Chapter 7

Keith B Gould                                                                        : Case No. 19−12217−elf

       Debtor(s)

***ORDER***
_____

    AND NOW, this day , November 22, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                          By The Court

                                          Eric L. Frank
                                          Judge , United States Bankruptcy Court